# Rancaño &Rancaño

A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Tejinderpal S. Sanghera, SBN 275058
Violeta Diaz, SBN 296505
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

—♦—

| | |
|---|---|
| JORGE CARBAJAL; | **Case No.:**  2:15-CV-01777-JAM-EFB |
| PLAINTIFF, | **REQUEST FOR DISMISSAL** |
| V. | |
| PFX PET SUPPLY; AND DOES 1 THROUGH 100, INCLUSIVE; | |
| DEFENDANTS. | |

////////////////
////////////////
////////////////
////////////////
////////////////
////////////////
////////////////

-1-

REQUEST FOR DISMISSAL/ CASE NO. 2:15-CV-01777-JAM-EFB
C:\Users\hvine\Desktop\15cv1777.o.32116.doc

Rancaño & Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

Plaintiff JORGE CARBAJAL by and through his counsel of record, hereby requests that the Court dismiss defendants PFX PET SUPPLY and PHILLIPS FEED SERVICES, INC. dba PHILLIPS PET FOOD AND SUPPLIES and the action in its entirety with prejudice.

Dated: March 17, 2016          Respectfully Submitted,
                               RANCAÑO & RANCAÑO, PLC

                               /s/ Violeta Diaz
                               David C. Rancaño
                               Tejinderpal S. Sanghera
                               Violeta Diaz

**ORDER**

The request for dismissal of defendant PFX PET SUPPLY and PHILLIPS FEED SERVICES, INC. dba PHILLIPS PET FOOD AND SUPPLIES and the action in its entirety with prejudice is GRANTED.

Date: 3/21/2016                          /s/ John A. Mendez
                                         Judge John A. Mendez
                                         United States District Court Judge

Rancaño &Rancaño
A Professional Law Corporation
Centre Plaza Office Tower
1150 Ninth Street, Suite 1100
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-2-

REQUEST FOR DISMISSAL/ CASE NO. 2:15-CV-01777-JAM-EFB
C:\Users\hvine\Desktop\15cv1777.o.32116.doc